**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01211-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHELLE WARNER,

    Plaintiff,

v.

ED BOZARTH CHEVROLET,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Michelle Warner, currently resides in Lakewood, Colorado.  Ms. Warner has submitted a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Warner will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Warner files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   _X_   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: Plaintiff has failed to complete the form, specifically the information

<u>regarding financial obligations and monthly payments</u>

**Complaint or Petition**:

(9) __ is not submitted
(10) __ is not on proper form (must use the Court's current form)
(11) __ is missing an original signature by Plaintiff
(12) _X_ is incomplete (failed to provide statement of claims and supporting factual allegations)
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other: _____

Accordingly, it is

ORDERED that Ms. Warner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Ms. Warner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Warner shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit and a Title VII Complaint, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Ms. Warner fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 8, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge